Lora Elsie McKinney, Plaintiff-Appellant, v. High-Low Foods, Inc., an Illinois Corporation, Defendant-Appellee.

**Gen. No. 52,494.** 

First District, Second Division.

December 30, 1968.

Albert Koretzky, of Chicago, for appellant; Baker & McKenzie, of Chicago (Francis D. Morrissey, James E. Manning, Thomas F. Tobin, and Peter J. Mone, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.